IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICKY M. PATTERSON, | ) Civil Action No.: 2:16-cv-00659-CRE |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CORRECT CARE SOLUTIONS, LLC., et al. | ) |
| Defendants. | ) |

~~PROPOSED~~ ORDER OF COURT

AND NOW, to-wit, this ___6th___ day of ___June___, 2017, upon consideration of Plaintiff's Motion for Voluntary Dismissal without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), it is hereby ORDERED, ADJUDGED and DECREED that said Motion is GRANTED and Plaintiff Ricky M. Patterson's lawsuit is hereby dismissed without prejudice.

BY THE COURT:

_____, J.
Cynthia R. Eddy